April 19, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

MICHAEL JUSTIN JACOBS, Appellant

NO. 14-15-00028-CV                    V.

ADANA ALT, Appellee

_____

This cause, an appeal from the judgment signed, August 29, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment.  We order the judgment of the court below **AFFIRMED**.  We order appellant, Michael Justin Jacobs, to pay all costs incurred in this appeal.  We further order this decision certified below for observance.